FILE COPY



# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00403-CR
### NO. 02-14-00404-CR

JULIAN ALEJO　　　　　　　　　　　　　　　　　　　　APPELLANT

V.

THE STATE OF TEXAS　　　　　　　　　　　　　　　　　　　STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1336750D, 1337044D

------------

## ORDER

------------

Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and numbered causes. Appellant's attorney has also filed a brief in support of that motion. Appellant, after having been notified of this fact, now requests to examine the record for the purpose of preparing a pro se response to the *Anders* brief.

The trial court clerk is ordered to make the record available to appellant by **Wednesday, February 25, 2015**. The trial court clerk shall also provide written

notification to the court of appeals by **Wednesday, February 25, 2015**, that the record has been made available to appellant.

The clerk of the court is directed to transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED February 11, 2015.

PER CURIAM